## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Association for Contract Textiles, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Rachel Kibbe; Circular Services Group LLC; Circular Services Group II LLC; American Circular Textiles; John Doe Corporations 1-40, <br><br> Defendants. <br> ――――――――――――――― <br> Rachel Kibbe; Circular Services Group II LLC, <br><br> Counter-Plaintiffs, <br><br> v. <br><br> Association for Contract Textiles, Inc., <br><br> Counter-Defendant. | Civil Action No: 1:25-cv-00513-AMN-PJE |

## CONSENT JUDGMENT AND PERMANENT INJUNCTION

**WHEREAS,** the above-captioned action was commenced by Association for Contract Textiles, Inc. (hereinafter "Plaintiff") filing a Complaint in this Court on April 25, 2025 against Defendants Rachel Kibbe, Circular Services Group LLC, Circular Services Group II LLC, American Circular Textiles, and John Doe Corporations 1-40 ("Defendants");

**WHEREAS**, Defendants agree that Plaintiff owns the valid and subsisting rights to United States Trademark Reg. No. 2,901,693 for "ACT", as well as common law rights to "ACT" including the logo, act., as well as the certification marks: (collectively, the "ACT Marks" in any font, stylization or color).

**WHEREAS**, Defendants agree that Plaintiff has priority of use of "ACT" in commerce

1

over Defendants;

WHEREAS, Defendants have used "ACT" in commerce for services similar to those in Plaintiff's trademark registration;

WHEREAS, Plaintiff and Defendants have resolved all outstanding matters between them in relation to the Litigation on the negotiated terms set forth in a confidential Settlement Agreement executed by the Parties prior to this Order ("the Settlement Agreement"); and

WHEREAS, Defendants have consented to the entry of this Consent Judgment and Permanent Injunction, in the form and substance as set forth herein.

NOW, THEREFORE, it is hereby stipulated, agreed and Ordered as follows:

1.      This Consent Judgment and Permanent Injunction is entered against Defendants.

2.      Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Defendants, and all persons or other business entities in active concert, privity or participation with them, including officers, directors, shareholders, agents, servants, vendors, subcontractors, employees, attorneys, successors, assigns, members, unincorporated association members including John Doe Corporations 1-40 and representatives, are and shall be permanently enjoined from importing, manufacturing, advertising, promoting, offering for sale, selling, replicating and/or resourcing/outsourcing in any way any goods or services using the ACT, ACT Marks, and/or any confusingly similar variations or formatives thereof, including, but not limited to, the below logo:



3.      Defendants are permanently enjoined from using the ACT Marks, and any confusingly similar variations and/or formatives thereof in Defendants' website source code,

keywords, search engine terms or in the text or title of any internet-based advertisement, including but not limited to Google Ads and Bing Ads;

4. Defendants shall remove from any active advertising or marketing efforts, instructions, or engagements any of the ACT Marks used as a keyword or display term, disengage all automated triggers that cause advertisements to appear in response to user searches for any of the ACT Marks, and implement negative keyword filters to prevent ads from appearing in connection with searches containing the any of the ACT Marks or confusingly similar variants thereof.

5. Defendants agree not to contest the validity or enforceability of the ACT Marks in the future, including but not limited to any registrations or applications to register.

6. All other terms of the Settlement Agreement shall be incorporated herein as if set forth fully in this document and shall be subject to this Consent Judgment, Permanent Injunction and Dismissal, and enforcement by this Court.

7. This action is henceforth discontinued against the Defendants, with prejudice, so long as the Defendants do not breach the Settlement Agreement executed between the parties in association with the Order.

8. Defendants Rachel Kibbe and Circular Services Group II LLC shall withdraw the counterclaims asserted in this matter with prejudice.

9. In the event of a violation of this Order, Plaintiff is entitled to seek an order of contempt from this Court, damages, attorney's fees, injunctive relief, and other available relief for any past or future violation of Plaintiff's trademark rights set forth herein.

10. Nothing in this Order shall limit or affect Plaintiff's right to seek additional damages, attorney's fees, permanent injunctive relief or other available relief for any future

violation of its rights.

11.    This Court shall retain jurisdiction to enforce the terms of this Consent Judgment and Permanent Injunction and corresponding Settlement Agreement as may be necessary.

12.    Defendants acknowledge that breach of this injunction will result in irreparable harm to the Plaintiff.

*Plaintiff, Association for Contract Textiles, Inc.*

By: *Lynne C Willis*
Name: Lynne C. Willis
Title: Executive Director
Dated: September 19, 2025

*Defendants, Rachel Kibbe, Circular Services Group LLC, Circular Services Group II LLC, American Circular Textiles, John Doe Corporations 1-40*

By: _____
Name: Rachel Kibbe
Title: Managing Member
Dated: 09/18/25

Dated: September 19, 2025

*Susan E. Farley*
Susan E. Farley, Esq.
Thomas L. Sica, Esq.
HESLIN ROTHENBERG FARLEY & MESITI P.C.
5 Columbia Circle
Albany, NY 12203
Telephone: (518) 452-5600
Facsimile: (518) 452-5579
Email: susan.farley@hrfmlaw.com
Email: thomas.sica@hrfmlaw.com

Dated: September 21, 2025

*Jonathan W. Thomas*
Cynthia Neidl, Esq.
GREENBERG TRAURIG, LLP
54 State Street, 6th Floor
Albany, New York 12207
Tel: (518) 689-1400
Fax: (518) 689-1499
Email: neidlc@gtlaw.com

Jonathan Thomas, Esq. (Bar No. 706499)
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9219
Email: jonathan.thomas@gtlaw.com

**IT IS SO ORDERED**

Dated: October 8, 2025

*Anne M Nardacci*
Honorable Anne M. Nardacci
United States District Court Judge